IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10MC154-RLV-DSC

| | |
|---|---|
| BRYAN D. HARRIS, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| RUBBERMAID INCORPORATED, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Motion for Pro Hac Vice Admission [of Joseph P. Guglielmo and Luis E. Lorenzana]" (documents ##3 and 4) filed November 18, 2010. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: November 19, 2010

David S. Cayer
United States Magistrate Judge